[No. 12651.  Department Two.  August 4, 1915.]

ANDERSON & MIDDLETON LUMBER COMPANY, *Appellant*, v. CHEHALIS
COUNTY *et al., Respondents.*[1]

Appeal from a judgment of the superior court for Chehalis
county, Irwin, J., entered February 4, 1915, upon findings in favor
of the defendants, dismissing an action to secure the reduction of
a tax, tried to the court.  Affirmed.

*Hogan & Graham* and *Bridges & Bruener*, for appellant.
*J. E. Stewart, Wm. E. Campbell, A. Emerson Cross*, and *O. M.
Nelson*, for respondents.

PER CURIAM.—This case is controlled by the decision in the case
of *National Lumber & Mfg. Co. v. Chehalis County, ante* p. 483,
150 Pac. 1164, and upon the authority of that case, the judgment
is affirmed.

———

[No. 12652.  Department Two.  August 4, 1915.]

BAY CITY LUMBER COMPANY, *Appellant*, v. CHEHALIS COUNTY *et al.,
Respondents.*[1]

Appeal from a judgment of the superior court for Chehalis
county, Irwin, J., entered February 4, 1915, upon findings in favor
of the defendants, dismissing an action to secure the reduction of
a tax, tried to the court.  Affirmed.

*Hogan & Graham* and *Bridges & Bruener*, for appellant.
*J. E. Stewart, Wm. E. Campbell, A. Emerson Cross*, and *O. M.
Nelson*, for respondents.

PER CURIAM.—This case is controlled by the decision in the case
of *National Lumber & Mfg. Co. v. Chehalis County, ante* p. 483,
150 Pac. 1164, and upon the authority of that case, the judgment
is affirmed.

[1]Reported in 150 Pac. 1167.